[No. 11172-5-III.   Division Three.   August 6, 1992.]

MICHAEL D. FORT, *Respondent*, v. BERNARD M. THURLOW,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Okano-
gan County, No. 89-2-00115-4, Fred Van Sickle, J., entered

October 9, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.